

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00238-CV

**PREMIEANT INCORPORATED** d/b/a Premieant,
Appellant

v.

Constance **SNOWDEN**, as next Friend and Legal Guardian of
Annette Snowden, an Incapacitated Person,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI14231
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED and the case is remanded to the trial court for further proceedings.

It is ORDERED that appellant shall reimburse appellee for her costs of appeal.

SIGNED March 11, 2020.

Liza A. Rodriguez, Justice